UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re                                      )
                                           )
    JOSEFINA VALLARTA,           )     Case Number 6:11-bk-08567-ABB
                                           )     Chapter 7
        Debtor(s).               )

NOTICE OF TRUSTEE'S INTENTION TO SELL PROPERTY OF THE ESTATE

    Leigh Richard Meininger, trustee of the above captioned debtor estate, hereby gives notice of a proposed sale of property of the estate and shows:

    1.    Property of the estate includes the estates interest in one (1) 2004 Toyota Sienna LX, Vehicle Identification Number 5TDBA23C94S006048, with approximately 124,000 miles and in fair condition, valued by the debtors at $3,600.00 (the "Property").

> NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING
> 
> Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date this paper is entered on the docket[1]. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 135 W. Central Blvd., Suite 950, Orlando, Florida 32801 and serve a copy on Leigh Richard Meininger, attorney for the trustee, Post Office Box 1946, Orlando, Florida 32802-1946.
>
> If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice and hearing, and may grant the relief requested.

---

[1] Unless otherwise stated, the date of docketing is the same as the date of service below.

2. The trustee has valued the Property based upon photographs and an N.A.D.A. retail value of $7,650.00. The trustee values the estate's interest in the non-exempt portion of the Property, after taking into consideration the debtors' claimed exemption of $330.00, the condition of the vehicle, and the current value of vehicles on the market, at $3,000.00.

3. The trustee has received an offer to purchase the Property from Josefina Vallarta, the Debtor(s), 10348 Willow Ridge Loop, Orlando, Florida 32825 for $3,000.00 payable in ten (10) monthly payments of $300.00 beginning September 15, 2011. The trustee has received the first payment.

4. The trustee is unaware of any liens on the Property. The sale is being made subject to all liens and encumbrances. There may be other encumbrances that the trustee is not aware of.

5. The Property is being sold "as is, where is" with no warranties of any kind "express, implied or otherwise." It is the buyers' responsibility to examine title or otherwise identify any encumbrances on the Property not disclosed in 4 above. To the extent that encumbrances not disclosed above exist, it is the buyers' responsibility to satisfy those encumbrances.

6. The trustee will entertain any higher bids for the purchase of the Property described in 1 above. Such bids must be in writing and accompanied by a deposit of 50% of the proposed higher purchase price plus any exemptions claimed by the debtor(s). Any higher bid must be received by the trustee at the address listed below no later than the close of business on twenty-one (21) days from the date of mailing as indicated

below.  If more than one bid is received, a telephone auction will occur among the bidders on the earliest date the trustee can arrange such auction.

I HEREBY that a true and correct copy of the foregoing has been furnished via Electronic Notice or United States Mail, postage prepaid this 4th day of October, 2011 to all persons on a current mailing matrix attached to the original of this document.

Dated this 4th day of October, 2011.

/s/ Leigh Richard Meininger
Leigh Richard Meininger, Esquire
Meininger & Meininger, P.A.
Post Office Box 1946
Orlando, Florida 32802-1946
Phone (407) 246-1585
Facsimile (407) 246-7101
E Mail: leigh@meiningerlaw.com
Florida Bar Number:  0765562
Attorney for Trustee